371 A.2d 231

Commonwealth, Appellant, v. Koser.

Argued June 16, 1976. Robert F. Banks, First Assistant District Attorney, with him Allen E. Ertel, District Attorney, for Commonwealth, appellant; Kenneth D. Brown, Assistant Public Defender, and Gregory V. Smith, Public Defender, for appellee.

Order affirmed.

371 A.2d 231

Commonwealth v. Kusin, Appellant.

Argued June 21, 1976. John P. Campana, with him Campana & Campana, for appellant; Gregory V. Smith, Assistant District Attorney, with him Allen E. Ertel, District Attorney, for Commonwealth, appellee.

Order affirmed.

HOFFMAN, J., notes his dissent.